DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OLGA LETICIA SANCHEZ-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00372 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE:   January 21, 2011 |
| OLGA LETICIA SANCHEZ-VEGA, | ) ) | TIME:    9:00 A.M. JUDGE:  Hon. Lawrence J. O'Neill |
| Defendant. | ) ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status hearing in the above-captioned matter now set for February 11, 2011, **may be advanced to January 21, 2011 at 9:00 A.M.**

This advancement of the court date is at the request of the defense as Ms. Sanchez-Vega wishes to enter her plea and be sentenced as soon as possible.  Ms. Sanchez-Vega is having some health problems and feels her medical needs will be better addressed at the Bureau of Prisons.

///

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 14, 2011 | | By: | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 14, 2011 | | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>OLGA LETICIA SANCHEZ-VEGA |

**O R D E R**

The request is granted.

IT IS SO ORDERED.

**Dated:   January 14, 2011**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

Stipulation to Advance Status Conference                2